**Opinion issued December 30, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-14-00474-CV

———————————

**GARY JOHNSON, Appellant**

**V.**

**PRIME AUTO DIRECT, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1028833**

## MEMORANDUM OPINION

Appellant, Gary Johnson, has filed an unopposed motion to dismiss his appeal because the parties have entered into a settlement agreement, but he does not indicate any agreement as to costs. *See* TEX. R. APP. P. 42.1(a)(1), (d). Though this motion was filed electronically, the certificate of service states that all

parties were served via regular mail. *See* TEX. R. APP. P. 9.5(b)(1). Also, though there is no certificate of conference, this motion has been on file with the Court for more than 10 days and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Brown.